The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOAH SAEEDY et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | No. 2:23-cv-01104-BJR<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT AND EXTENDING INITIAL DISCOVERY DEADLINES [DKT. 29] |

      Plaintiffs Noah Saeedy, Vishal Shah, Tina Wilkinson, and M.S. and Defendant Microsoft Corporation, by and through their respective counsel, stipulate and agree as follows:

      1.     Plaintiffs initiated this lawsuit on July 21, 2023, and served Microsoft with the Complaint and Summons on July 26, 2023.

      2.     The parties agree, subject to the Court's approval, that Microsoft may have until September 29, 2023 to respond to the Complaint by answer, a Rule 12 motion, and/or a motion to compel arbitration.

      3.     The parties further agree, subject to the Court's approval, that the deadlines set forth in the Court's Order Regarding Initial Disclosures and Joint Status Report FRCP 26(f) [Dkt. 29] shall be extended as follows, dated from the earlier of either when the Court's issues its

STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT AND EXTENDING
INITIAL DISCOVERY DEADLNES [DKT. 29] (2:23-cv-01104-BJR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

Order on a responsive motion filed by Defendant or when the Defendant files its Answer: Rule 26 Conference (2 weeks after Order(s) or Answer); Initial Disclosures (4 weeks after Order(s) or Answer); Joint Status Report (6 weeks after Order(s) or Answer).

4. Good cause exists to extend the deadline to respond to the Complaint in order to provide Defendant additional time to consider the issues presented in the Complaint and for the parties to engage in the necessary meet and confer process required by the Court prior to the filing of any motion that may be dispositive in whole or part of the Complaint. Good cause exists to extend the initial discovery deadlines because it will conserve both the parties' and the Court's resources prior to a decision on a potential dispositive motion or an Answer by Defendants.

IT IS SO STIPULATED.

DATED this 7th day of September, 2023.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant Microsoft Corporation

By *s/ Jaime Drozd*
   Steven M. Rummage, WSBA No. 11168
   Fred B. Burnside, WSBA No. 32491
   Jaime Drozd, WSBA No. 35742
   Xiang Li, WSBA No. 52306
   Caleah N. Whitten, WSBA No. 60209
   920 Fifth Avenue, Suite 3300
   Seattle, WA  98104-1610
   206.622.3150
   stevenrummage@dwt.com
   fredburnside@dwt.com
   jaimedrozd@dwt.com
   xiangli@dwt.com
   caleahwhitten@dwt.com

STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT AND EXTENDING
INITIAL DISCOVERY DEADLNES [DKT. 29] (2:23-cv-01104-BJR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150

---

        James Moon, *pro hac vice*
        865 South Figueroa Street, Suite 2400
        Los Angeles, CA  90017-6800
        213.633.6899
        jamesmoon@dwt.com

SUMMIT LAW GROUP, PLLC
Attorneys for Plaintiffs

By *s/ Alexander A. Baehr*
    Alexander A. Baehr, WSBA No. 25320
    315 Fifth Avenue South, Suite 1000
    Seattle, WA  98104-2682
    206.676.7000
    alexb@summitlaw.com

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, PC
Attorneys for Plaintiffs

By *s/ Marc E. Masters*
    Ekwan E. Rhow, *pro hac vice*
    Marc E. Masters, *pro hac vice*
    Barr Benyamin, *pro hac vice*
    1875 Century Park East, 23rd Floor
    Los Angeles, CA  90067-2253
    310.201.2100
    erhow@birdmarella.com
    mmasters@birdmarella.com
    bbenyamin@birdmarella.com

GLANCY PRONGAY & MURRAY LLP
Attorneys for Plaintiffs

By *s/ Jonathan Rotter*
    Jonathan Rotter, *pro hac vice*
    Raymond D. Sulentic, *pro hac vice*
    Kara M. Wolke, *pro hac vice*
    1925 Century Park East, Suite 2100
    Los Angeles, CA  90067-2722
    310.201.9150
    jrotter@glancylaw.com
    kwolke@glancylaw.com
    prajesh@glancylaw.com

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND EXTENDING INITIAL DISCOVERY DEADLNES [DKT. 29] (2:23-cv-01104-BJR) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

CLARKSON LAW FIRM, P.C.
Attorneys for Plaintiffs

By *s/ Glenn A. Danas*
    Glenn A. Danas, *pro hac vice*
    Yana Hart, *pro hac vice*
    Katelyn M. Leeviraphan, *pro hac vice*
    22525 Pacific Coast Highway
    Malibu, CA  90265-5807
    213.755.4050
    gdanas@clarksonlawfirm.com
    yhart@clarksonlawfirm.com
    kleeviraphan@clarksonlawfirm.com

STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT AND EXTENDING
INITIAL DISCOVERY DEADLNES [DKT. 29] (2:23-cv-01104-BJR) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED this _____ day of _____, 2023.

_____
Honorable Barbara J. Rothstein

STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT AND EXTENDING
INITIAL DISCOVERY DEADLNES [DKT. 29] (2:23-cv-01104-BJR) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150