The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NOAH SAEEDY et al.,

            Plaintiffs,

v.

MICROSOFT CORPORATION,

            Defendant.

No. 2:23-cv-01104-BJR

STIPULATION AND [PROPOSED] ORDER FOR OVERLENGTH BRIEFING ON MOTION TO DISMISS

NOTED FOR CONSIDERATION: September 26, 2023

Plaintiffs Noah Saeedy, Vishal Shah, Tina Wilkinson, and M.S. and Defendant Microsoft Corporation, by and through their respective counsel, stipulate and agree as follows:

1.     Plaintiffs initiated this lawsuit on July 21, 2023.

2.     Plaintiffs' Complaint is 92 pages and 357 paragraphs long, and has 13 causes of action under Washington, California, and Federal law.

3.     Microsoft intends to respond to Plaintiffs' Complaint by filing a Motion to Dismiss that will raise both Article III standing arguments under Rule 12(b)(1) and arguments under Rule 12(b)(6). Microsoft believes it cannot present its Article III standing and Rule 12(b)(6) arguments on the 13 claims within the 15 pages allotted under the Court's Standing Order.  Having drafted its papers, Microsoft believes it requires 28 pages to present its arguments effectively.  Plaintiffs disagree and believe that a nine-page extension, to 24 pages, would suffice.

STIPULATION AND [PROPOSED] ORDER FOR OVERLENGTH
BRIEFING ON MOTION TO DISMISS (2:23-cv-01104-BJR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

In the interest of compromise, Plaintiffs made offers of 25 pages and then 26 pages. Given Microsoft's representation that it made efforts to shorten its motion to fewer than 28 pages but was unable to do so and would therefore file a motion with the Court seeking 28 pages for its motion, and in the interest of sparing the Court a dispute on this topic, Plaintiffs agreed to the 28 pages.

4. The parties agree, subject to the Court's approval, that the parties may file briefs of the following length:

      a. Microsoft's Motion to Dismiss: 28 pages.

      b. Plaintiffs' Response to Microsoft's Motion to Dismiss: 28 pages.

      c. Microsoft's Reply in Support of its Motion to Dismiss: 14 pages.

5. This case, as it relates to Microsoft's proposed Motion to Dismiss above, meets the Court's requirement of "extraordinary complexity" meriting overlength briefs because of the number of allegations and causes of action, as well as the fact that there are claims under two states' laws and Federal law.

IT IS SO STIPULATED.

DATED this 26th day of September, 2023.

    DAVIS WRIGHT TREMAINE LLP
    Attorneys for Defendant Microsoft Corporation

    By *s/ Fred B. Burnside*
        Steven M. Rummage, WSBA No. 11168
        Fred B. Burnside, WSBA No. 32491
        Jaime Drozd, WSBA No. 35742
        Xiang Li, WSBA No. 52306
        Caleah N. Whitten, WSBA No. 60209
        920 Fifth Avenue, Suite 3300
        Seattle, WA  98104-1610
        206.622.3150
        stevenrummage@dwt.com
        fredburnside@dwt.com
        jaimedrozd@dwt.com
        xiangli@dwt.com

STIPULATION AND [PROPOSED] ORDER FOR OVERLENGTH BRIEFING ON MOTION TO DISMISS (2:23-cv-01104-BJR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150

|   |   |
|---|---|
| 1 | caleahwhitten@dwt.com |
| 2 | James Moon, *pro hac vice* |
| 3 | 865 South Figueroa Street, Suite 2400 |
|   | Los Angeles, CA  90017-6800 |
| 4 | 213.633.6899 |
|   | jamesmoon@dwt.com |

SUMMIT LAW GROUP, PLLC
Attorneys for Plaintiffs

By *s/ Alexander A. Baehr*
   Alexander A. Baehr, WSBA No. 25320
   315 Fifth Avenue South, Suite 1000
   Seattle, WA  98104-2682
   206.676.7000
   alexb@summitlaw.com

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, PC
Attorneys for Plaintiffs

By *s/ Marc E. Masters*
   Ekwan E. Rhow, *pro hac vice*
   Marc E. Masters, *pro hac vice*
   Barr Benyamin, *pro hac vice*
   1875 Century Park East, 23rd Floor
   Los Angeles, CA  90067-2253
   310.201.2100
   erhow@birdmarella.com
   mmasters@birdmarella.com
   bbenyamin@birdmarella.com

GLANCY PRONGAY & MURRAY LLP
Attorneys for Plaintiffs

By *s/ Jonathan Rotter*
   Jonathan Rotter, *pro hac vice*
   Raymond D. Sulentic, *pro hac vice*
   Kara M. Wolke, *pro hac vice*
   1925 Century Park East, Suite 2100
   Los Angeles, CA  90067-2722
   310.201.9150
   jrotter@glancylaw.com
   kwolke@glancylaw.com

STIPULATION AND [PROPOSED] ORDER FOR OVERLENGTH BRIEFING ON MOTION TO DISMISS (2:23-cv-01104-BJR) - 3

1                                     prajesh@glancylaw.com

2                         CLARKSON LAW FIRM, P.C.
                        Attorneys for Plaintiffs

By *s/ Glenn A. Danas*
    Glenn A. Danas, *pro hac vice*
    Yana Hart, *pro hac vice*
    Katelyn M. Leeviraphan, *pro hac vice*
    22525 Pacific Coast Highway
    Malibu, CA  90265-5807
    213.755.4050
    gdanas@clarksonlawfirm.com
    yhart@clarksonlawfirm.com
    kleeviraphan@clarksonlawfirm.com

STIPULATION AND [PROPOSED] ORDER FOR OVERLENGTH
BRIEFING ON MOTION TO DISMISS (2:23-cv-01104-BJR) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED this _____ day of _____, 2023.

_____
Honorable Barbara J. Rothstein

STIPULATION AND [PROPOSED] ORDER FOR OVERLENGTH
BRIEFING ON MOTION TO DISMISS (2:23-cv-01104-BJR) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150