The Honorable Barbara J. Rothstein

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
7                              AT SEATTLE

8   NOAH SAEEDY et al.,

9                        Plaintiffs,            No. 2:23-cv-01104-BJR

10      v.                                      STIPULATION AND ORDER
                                                EXTENDING TIME TO RESPOND TO
11  MICROSOFT CORPORATION,                      THE COMPLAINT AND EXTENDING
                                                INITIAL DISCOVERY DEADLINES [DKT.
12                       Defendant.             29]

13

14

15      Plaintiffs Noah Saeedy, Vishal Shah, Tina Wilkinson, and M.S. and Defendant Microsoft

16  Corporation, by and through their respective counsel, stipulate and agree as follows:

17      1.      Plaintiffs initiated this lawsuit on July 21, 2023, and served Microsoft with the

18  Complaint and Summons on July 26, 2023.

19      2.      The parties agree, subject to the Court's approval, that Microsoft may have until

20  September 29, 2023 to respond to the Complaint by answer, a Rule 12 motion, and/or a motion

21  to compel arbitration.

22      3.      The parties further agree, subject to the Court's approval, that the deadlines set

23  forth in the Court's Order Regarding Initial Disclosures and Joint Status Report FRCP 26(f) [Dkt.

24  29] shall be extended as follows, dated from the earlier of either when the Court's issues its

1  Order on a responsive motion filed by Defendant or when the Defendant files its Answer: Rule

2  26 Conference (2 weeks after Order(s) or Answer); Initial Disclosures (4 weeks after Order(s) or

3  Answer); Joint Status Report (6 weeks after Order(s) or Answer).

4        4.      Good cause exists to extend the deadline to respond to the Complaint in order to

5  provide Defendant additional time to consider the issues presented in the Complaint and for the

6  parties to engage in the necessary meet and confer process required by the Court prior to the

7  filing of any motion that may be dispositive in whole or part of the Complaint.  Good cause

8  exists to extend the initial discovery deadlines because it will conserve both the parties' and the

9  Court's resources prior to a decision on a potential dispositive motion or an Answer by

10  Defendants.

11        IT IS SO STIPULATED.

12

13        DATED this 7th day of September, 2023.

14

15                              DAVIS WRIGHT TREMAINE LLP
                            Attorneys for Defendant Microsoft Corporation

16                              By *s/ Jaime Drozd*

17                                  Steven M. Rummage, WSBA No. 11168
                                Fred B. Burnside, WSBA No. 32491

18                                  Jaime Drozd, WSBA No. 35742
                                Xiang Li, WSBA No. 52306

19                                  Caleah N. Whitten, WSBA No. 60209
                                920 Fifth Avenue, Suite 3300

20                                  Seattle, WA  98104-1610
                                206.622.3150

21                                  stevenrummage@dwt.com
                                fredburnside@dwt.com

22                                  jaimedrozd@dwt.com
                                xiangli@dwt.com

23                                  caleahwhitten@dwt.com

24

STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT AND EXTENDING
INITIAL DISCOVERY DEADLNES [DKT. 29] (2:23-cv-01104-BJR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

James Moon, *pro hac vice*
865 South Figueroa Street, Suite 2400
Los Angeles, CA  90017-6800
213.633.6899
jamesmoon@dwt.com

SUMMIT LAW GROUP, PLLC
Attorneys for Plaintiffs

By *s/ Alexander A. Baehr*
　　Alexander A. Baehr, WSBA No. 25320
　　315 Fifth Avenue South, Suite 1000
　　Seattle, WA  98104-2682
　　206.676.7000
　　alexb@summitlaw.com

BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS, LINCENBERG & RHOW,
PC
Attorneys for Plaintiffs

By *s/ Marc E. Masters*
　　Ekwan E. Rhow, *pro hac vice*
　　Marc E. Masters, *pro hac vice*
　　Barr Benyamin, *pro hac vice*
　　1875 Century Park East, 23rd Floor
　　Los Angeles, CA  90067-2253
　　310.201.2100
　　erhow@birdmarella.com
　　mmasters@birdmarella.com
　　bbenyamin@birdmarella.com

GLANCY PRONGAY & MURRAY LLP
Attorneys for Plaintiffs

By *s/ Jonathan Rotter*
　　Jonathan Rotter, *pro hac vice*
　　Raymond D. Sulentic, *pro hac vice*
　　Kara M. Wolke, *pro hac vice*
　　1925 Century Park East, Suite 2100
　　Los Angeles, CA  90067-2722
　　310.201.9150
　　jrotter@glancylaw.com
　　kwolke@glancylaw.com
　　prajesh@glancylaw.com

STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT AND EXTENDING
INITIAL DISCOVERY DEADLNES [DKT. 29] (2:23-cv-01104-BJR) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150

1

CLARKSON LAW FIRM, P.C.
Attorneys for Plaintiffs

2

By *s/ Glenn A. Danas*

3

Glenn A. Danas, *pro hac vice*
Yana Hart, *pro hac vice*

4

Katelyn M. Leeviraphan, *pro hac vice*
22525 Pacific Coast Highway

5

Malibu, CA  90265-5807
213.755.4050

6

gdanas@clarksonlawfirm.com
yhart@clarksonlawfirm.com

7

kleeviraphan@clarksonlawfirm.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT AND EXTENDING
INITIAL DISCOVERY DEADLNES [DKT. 29] (2:23-cv-01104-BJR) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

1

**ORDER**

2       Pursuant to stipulation, IT IS SO ORDERED.  The deadline for Microsoft's response to

3  the Complaint is extended to September 29, 2023.  Initial Scheduling Dates, ECF No. 29, are

4  hereby extended by 60 days.  Further extensions may only be granted by the Court on a showing

5  of good cause.

6       DATED this 27th day of September, 2023.

7

8  _____
   Honorable Barbara J. Rothstein

9  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT AND EXTENDING
INITIAL DISCOVERY DEADLNES [DKT. 29] (2:23-cv-01104-BJR) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150