The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOAH SAEEDY, VISHAL SHAH, TINA WILKINSON, and M.S., individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant. | No. 2:23-cv-01104-BJR<br><br>**MICROSOFT CORPORATION'S [PROPOSED] ORDER GRANTING MOTION TO DISMISS** |

**[PROPOSED] ORDER**

THIS MATTER came before the Court on Defendant Microsoft Corporation ("Microsoft") Motion to Dismiss Plaintiff's Claims Under Rules 12(b)(1) and 12(b)(6) (the "Motion") in this action.

The Court ORDERS that Microsoft's Motion to Dismiss is GRANTED, and the case is DISMISSED with prejudice for lack of Article III standing under Rule 12(b)(1) and for failure to state claim under Rule 12(b)(6).

IT IS SO ORDERED.

Dated: _____, 2023

_____
The Honorable Barbara J. Rothstein
United States District Court Judge

MICROSOFT'S PROPOSED ORDER GRANTING MOTION TO DISMISS - (2:23-cv-01104-BJR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  Presented by:

2  Davis Wright Tremaine LLP
   *Attorneys for Microsoft Corporation*

3
   By *s/ Fred B. Burnside*
4      Stephen M. Rummage, WSBA #11168
       Fred B. Burnside, WSBA #32491
5      Jaime Drozd, WSBA #35742
       Xiang Li, WSBA #52306
6      Caleah Whitten, WSBA #60209
7      James Moon, *pro hac vice*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

MICROSOFT'S PROPOSED ORDER GRANTING
MOTION TO DISMISS - (2:23-cv-01104-BJR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax