UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| NOAH SAEEDY, VISHAL SHAH, TINA WILKINSON, and M.S., individually, and on behalf of all others similarly situated, | Case No. 2:23-CV-01104 -BJR |
|---|---|
| Plaintiffs, | MINUTE ORDER |
| vs. | |
| MICROSOFT CORPORATION, a Washington Corporation. | |
| Defendant. | |

The clerk issues the following minute order by the authority of the Honorable Barbara J. Rothstein, United States District Judge.

After reviewing the parties' joint status report, Dkt. No. 42, the Court sets the following deadlines and briefing schedule:

| Deadline | Date |
|---|---|
| Joinder of Parties Deadline | April 8, 2024 |
| Amended Pleadings | April 8, 2024 |
| Deadline for Parties to Serve Any Expert Report(s) Relevant for Class Certification | November 1, 2024 |

MINUTE ORDER - 1

| Deadline to complete discovery on class certification (not to be construed as a bifurcation of discovery) | December 31, 2024 |
|---|---|
| Deadline for Any Rebuttal Expert Report(s) Relevant for Class Certification | January 10, 2025 |
| Deadline for Plaintiffs to file Motion for Class Certification | January 31, 2025 |
| Deadline for Defendant to file Response to Motion for Class Certification | February 28, 2025 |
| Deadline for Plaintiffs to file Reply in Support of Motion for Class Certification | March 21, 2025 |

Within twenty-one (21) days of a ruling on class certification, the parties shall present the Court with a proposed schedule to govern the remainder of the case through and including briefing on summary judgment and expert disclosures related to the merits of the parties claims and defenses. The parties shall follow Local Rule 7(e)(3) with regard to page limits on their class certification briefing, which would allow for class certification motions and oppositions to not exceed 24 pages and replies to not exceed 12 pages.

DATED this 29th day of November, 2023.

                                                    RAVI SUBRAMANIAN,
                                                  Clerk of Court

                                                /s/ Natalie Wood
                                                Deputy Clerk

MINUTE ORDER - 2